# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0553
_____

SHAWNOMARIE BARR,

>   Appellant,

>   v.

STATE OF FLORIDA,

>   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.


June 10, 2026

PER CURIAM.

AFFIRMED. *See Bonifay v. State*, 413 So. 3d 892, 895 (Fla. 1st DCA 2025) ("We agree with the result in *Johnson* [*v. State*, 384 So. 3d 213 (Fla. 4th DCA 2024), *rev. granted*, SC2024-0380, 2024 WL 3169167 (Fla. June 25, 2024)] and see no constitutional problems with Appellant's sentences here.").


ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Dane K. Chase, Chase Law Florida, P.A., Saint Petersburg, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, for Appellee.